In the Matter of F. & M. SCHAEFER BREWING Co., Petitioner, v. LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20

costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.